UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO.: 19-161 |
| NATALIE BARTON | SECTION: I |

## O R D E R

**IT IS ORDERED** that the sentencing is scheduled for **Wednesday, March 10, 2021** at **2:00 p.m.** by **VIDEO CONFERENCE** due to the conditions caused by the outbreak of COVID-19.  Prior to the hearing, an e-mail will be sent to all participants with further instructions, including a weblink to the video conference and direction for participants to login at **1:45 p.m.**

**IT IS FURTHER ORDERED** that counsel and defendant may execute the attached Waiver of Right to Physically Appear Before the Court and submit the executed waiver to the Court by **5:00 p.m. on Monday, March 8, 2021.**

**IT IS FURTHER ORDERED** that the Sheriff of St. Charles Parish Nelson Coleman Correctional Center make the defendant available for the video conference.

New Orleans, Louisiana this 24th day of February, 2021.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

*Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed reasonably necessary by the Court, e.g. financial sanctions and/or extreme sanctions.*

Clerk to Notify:
St. Charles Parish Nelson Coleman Correctional Center

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO.: 19-161** |
| **NATALIE BARTON** | **SECTION: I** |

**WAIVER OF RIGHT TO PHYSICALLY APPEAR BEFORE THE COURT AND**
**REQUEST TO PROCEED BY VIDEO CONFERENCING**
**FOR CRIMINAL PROCEEDINGS**

1.      I understand that a defendant has the right to be present at certain events related to criminal cases such as arraignment, change of plea, sentencing, and supervised release/probation revocation hearings pursuant to Federal Rule of Criminal Procedure 43;

2.      I understand that, in some circumstances, a defendant may be present at the above described hearings via videoconference. (LAED General Order 20-4(2));

3.      My attorney has explained to me my right to be present at my hearing and I acknowledge full understanding of this right and consequences, and hereby knowingly and voluntarily waive my right to be present in person for this hearing and consent to these proceedings via videoconference.

4.      I understand that if the Court accepts my waiver, I will participate in my hearing by videoconference.

5.      I have read the above statement, and I understand it fully.  Due to the outbreak of COVID-19, I request that my sentencing be held via video conference.

_____
Signature of Defendant & Date

Concurred by the United States Government:

_____
Signature of Defendant's Attorney & Date

_____
Signature of Government Attorney & Date