UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 19-161 |
| NATALIE BARTON | SECTION I |

### ORDER

Before the Court is defendant Natalie Barton's ("Barton") sealed sentencing memorandum, which incorporates motions for a downward departure and a downward variance.[1] After reviewing the memorandum, the Court has determined that additional briefing is required. As ordered below, Barton shall provide additional briefing on the four bases for a downward departure provided in her memorandum; the government will then have an opportunity to respond—not only to all four departure bases, but also to the sentencing memorandum generally. Given the additional time needed for this briefing, the Court will continue Barton's sentencing hearing, which is presently scheduled for March 10, 2021.

Accordingly,

**IT IS ORDERED** that Barton shall, no later than **FRIDAY, MARCH 12, 2021, at 5:00 P.M.**, file a memorandum elaborating on the four bases for a downward departure provided in her sentencing memorandum.[2]

---

[1] R. Doc. No. 204. Although the memorandum was filed under seal, the government was provided a copy of the memorandum.
[2] *See id.* at 8.

**IT IS FURTHER ORDERED** that the government shall, no later than **FRIDAY, MARCH 19, 2021, at 5:00 P.M.**, file a memorandum responding to Barton's arguments; specifically, the government shall address each of the four bases for a downward departure, as well as the sentencing memorandum generally.[3]

**IT IS FURTHER ORDERED** that Barton's sentencing hearing, presently scheduled for March 10, 2021, is **CONTINUED** to **WEDNESDAY, APRIL 7, 2021, at 2:00 P.M.** by **VIDEO CONFERENCE**.

New Orleans, Louisiana, March 4, 2021.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**

---

[3] *See id.*