UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 19-161 |
| NATALIE BARTON | SECTION I |

### ORDER

The Court is aware that the United States Probation Officer assigned to the above-captioned matter has filed a supplemental addendum to the Final Pre-sentence Investigation Report. Additionally, counsel for the defendant has indicated to the Court that the defendant's fourth objection to the Presentence Investigation Report is withdrawn. Therefore,

**IT IS ORDERED** that the defendant and the government shall, no later than **FRIDAY, MARCH 26, 2021, at 5:00 P.M.**, file memoranda responding to the supplemental addendum. The parties need not address further the three remaining objections to the final report; only a response to the supplemental addendum is required.

New Orleans, Louisiana, March 19, 2021.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE