MINUTE ENTRY
AFRICK, J.
APRIL 7, 2021

JS10 - 00:30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-161 |
| NATALIE BARTON | SECTION: I |

COURT REPORTER:  Jodi Simcox
COURTROOM DEPUTY:  Bridget Gregory

PRESENT:   Jonathan L. Shih, Counsel for the government
　　　　　　 Sara A. Johnson and Arthur A. Lemann, III, Counsel for defendant
　　　　　　 Shalita Morgan, U.S. Probation
　　　　　　 Natalie Barton, Defendant

<b><u>SENTENCING</u></b>
(by Video Conference)

Case called.
Waiver of right to physically appear before the Court executed.
Court ruled on objections. Order and Reasons to be filed into the record.
Defendant was sentenced on count 1 of the Superseding Bill of Information.
On motion of the United States, the original indictment is dismissed as to this defendant.
See Judgment for sentence imposed.
Defendant to be released to a sentence of probation.
**ORDERED** that no later than April 17, 2021, defendant shall be tested for COVID-19.