UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 19-161 |
| NATALIE BARTON | SECTION I |

### ORDER

Considering the government's motion and incorporated memorandum[1] acknowledging the defendant's acceptance of responsibility,

**IT IS ORDERED** that, pursuant to U.S.S.G. § 3E1.1(b), the downward adjustment for this defendant's acceptance of responsibility should be three (3) points.

New Orleans, Louisiana, April 8, 2021

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 219.